# **EXHIBIT 1**



VIN:   6085147

December 2, 2020

Your Honour,

Case Number 1—CR-10264

Thank you for giving us the opportunity to make these recommendations regarding the sentencing of Mr. Yannick Minang.

It has been a nightmarish experience regarding his fraudulent behavior. His Organization was able to intercept emails we sent to a Brazilian Chicken Producer and was able to direct the payments to his accounts.

Payments There were three main payments made to him for two different shipments including shipping Cost for the first order.

Payments were as follows.

1. First shipment $283,500
2. Shipment Cost $85,000
3. Part payment second shipment $565,110
   Total Payments $933,610

Loss of Business   Promises made to end buyers were not fulfilled and caused significant embarrassment to us and loss of revenue.

We recommend for compensation for this situation and ask for interest on the amounts lost. Therefore, we think it is appropriate to add 20% interest on the capital and an additional 5% interest.

The Total estimated lost of money is about $1,167,012.

Jail Time suggestion We recommend for him to spend a lot of time in jail so that he does not come out of jail to enjoy his stolen money. His sentencing probably should be related to the amount he is willing to refund. If he does not refund significant amount, he should go to jail for about forty to fifty years. We obviously understand that this must be based on established parameters of the courts. A maximum sentence should be handed to him. Thank you.

Sincerely,